UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID CORNELL BLAND | CIVIL ACTION |
| VERSUS | NO: 09-4407 |
| TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, ET AL. | SECTION: R(1) |

### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly, IT IS ORDERED that plaintiff David Bland's claims are DISMISSED with prejudice as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 23rd day of October, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE